

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alfredo Zavala Odanga | Civil Action No. 18cv0778-JLS-BGS |
| Plaintiff, | |
| V. | |
| (See Attachment) | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court dismisses this civil action as frivolous pursuant to 28 U.S.C. § 1915A(b)(1).

Date: 5/18/18

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ M. Lozano
M. Lozano, Deputy

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**  18cv0778-JLS-BGS

Deputy Emmens, San Diego Sheriffs Deputy; LT. Laura Coyne, Lietenant, Sheriffs Deputy; Corporal Rodriguez , (Team 1) Corporal Sheriffs Deputy; Captain Flyn, Captain at San Diego Central Jail; Deputy Peterson, Sheriffs Deputy at Lakeside Sheriffs Deputy, Internal Affairs; Lt. Duckworth, Internal Affairs Lieutenant; William D. Gore, Sheriff for San Diego County; Sgt. Lawson, Sheriffs Sergeant at San Diego Central Jail; Sgt. Binsfield, Sheriffs Sergeant at San Diego Central Jail; Lt. John Doe, Lieutenant at Lakeside Sheriffs Substation, Lakeside County; Deputy Selinski, Ramona Sheriffs Foot Patrol, Romona County Internal Affairs; Sgt. John Doe, Internal Affairs; Lt. Robby Storton, Sheriffs Lieutenant; Bonnie Dumanis, District Attorney